JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 556 -- In re Air Crash Near Providence, Rhode Island, on February 21, 1982

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/06/08 | 1 | MOTION, BRIEF, SCHUEDULE, APPENDIX, CERT. OF SERVICE -- DeHavilland Aircraft of Canada, Ltd. SUGGESTED TRANSFEREE COURT: D. Rhode Island SUGGESTED TRANSFEROR JUDGE: (cds) |
| 83/06/17 | | APPEARANCES: Barry G. Saretsky for Pilgram Aviation & Airlines, Inc.; James M. FitzSimons for DeHavilland Aircraft of Canada, Ltd.; Ralph Losso for Lyle Hogg, et al. (emh) |
| 83/06/21 | 2 | REQUEST FOR EXTENSION OF TIME -- pltfs. Thomas and Lindy Prinster -- GRANTED TO PRINSTER ONLY TO AND INCLUDING JULY 1, 1983 (cds) |
| 83/06/27 | 3 | REQUEST FOR EXTENSION OF TIME -- Lyle W. Hogg, et al. -- GRANTED TO AND INCLUDING JULY 1, 1983 (cds) |
| 83/07/01 | 4 | RESPONSE -- Thomas Prinster, et al. -- w/cert. of serv. cs |
| 83/06/24 | | HEARING ORDER -- Setting motion for Panel Hearing in Portland, Maine on July 28, 1983 (cds) |
| 83/07/08 | 5 | RESPONSE -- Lyle W. Hogg, et al. -- w/cert. of serv. (cds) |
| 83/07/13 | 6 | REPLY -- DeHavilland Aircraft of Canada, Ltd. -- w/cert. of service (cds) |
| 83/07/14 | 7 | RESPONSE -- Pilgrim Aviation and Airlines, Inc. -- w/Exhibits A and B and cert. of service (cds) |
| 83/07/15 | | APPEARANCE -- LLOYD STALEY, ESQ. for Lyle W. Hogg, et al. (ds) |
| 83/07/20 | 8 | REPLY TO PLDG. NO. 7 -- DeHavilland Aircraft of Canada, Ltd. -- w/cert. of service (cds) |
| 83/07/26 | | HEARING APPERANCE FOR JULY 28, 1983 HEARING -- PORTLAND, ME. --- All Waive (rew) |
| 83/08/19 | | CONSENT OF TRANSFEREE COURT for assignment of liigation to the Honorable Leonard B. Sand, in the Southern District of New York for pretrial proceedings pursuant to 28 U.S.C. †1407. (ds) |
| 83/08/19 | | TRANSFER ORDER -- transferring A-1 Prinster, et al. v. DeHavilland Aircraft of Canada, Ltd., W.D. Texas, C.A. No. A-83-CA-058, to the Southern District of New York for pretrial proceedings pursuant to 28 U.S.C. †1407. Notified transferee clerk and judge, Chief Judge in transferee district, hearing district clerk, transferor judge and clerk, involved counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 556 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Near Providence, Rhode Island, on February 21, 1982

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 19, 1983 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/19/83 | TO | Unpublished | S.D. New York | Leonard B. Sand | |
| | | | | *208* | | |

Special Transferee Information

DATE CLOSED: 4/24/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 556 -- In re Air Crash Near Providence, Rhode Island, on February 21, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Thomas N. Prinster, et al. v. DeHavilland Aircraft of Canada, LTD. | W.D.Tex. Garcia | A-83-CA-058 | 8/19/83 | 83-6631-LBS | 1-6/84 D | |
| A-2 | Lyle W. Hogg, et al. v. DeHavilland Canada, Inc., et al. | S.D.N.Y. Sand | CV-83-2697 | | | 4/24/84 D | |

*Docket Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 556 -- In re Air Crash Near Providence Rhode Island, on February 21, 1982

THOMAS N. PRINSTER, ET AL. (A-1)
Michel F. Baumeister, Esq.
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

LYLE W. HOGG, ET AL. (A-2)
Lloyd Staley, Esq.
Belli Law Offices
722 Montgomery Street
San Francisco, CA  94111

DeHAVILLAND AIRCRAFT OF CANADA, LTD.
DeHAVILLAND CANADA, INC.
DeHAVILLAND AIRCRAFT PARTS COMPANY
James M. FitzSimons, Esquire
Mendes & Mount
Three Park Avenue
New York, New York  10016

PILGRIM AVIATION & AIRLINES, INC.
Barry G. Saretsky, Esquire
Bower & Gardner
415 Madison Avenue
New York, New York  10017

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 556 -- In re Air Crash Near Providence Rhode Island, on February 21, 1982

| Name of Party | Named as Party in Following Actions |
|---|---|
| DeHAVILLAND AIRCRAFT OF CANADA, LTD. | A-1, |
| DeHAVILLAND CANADA, INC. (a subsidiary of DeHavilland Aircraft of Canada, Ltd.) | A-2 |
| DeHavilland Aircraft Parts Company | A-2 |
| Pilgrim Aviation and Airlines Inc., d/b/a Pilgrim Airlines | A-2 |